1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   DISTRICT COUNCIL 16 NORTHERN
     CALIFORNIA HEALTH AND
11   WELFARE TRUST FUND, et al.,                        No. C 15-00485 WHA
12            Plaintiffs,
13        v.
14   LEVY DRYWALL INC., a California            **REQUEST RE STIPULATION**
     corporation, and JOE WILLIE LEVY, a/k/a    **AND PROPOSED JUDGMENT**
15   JOE WILLIE LEAVY, an individual,
16            Defendants.
17   ————————————————————————/
18            On February 2, plaintiffs brought this ERISA action against defendants.  On February 27,

19   the parties filed a stipulation and proposed judgment.  In pertinent part, defendants and guarantor

20   Sarah Levy agreed to pay $750 per month until December 31, 2015, plus attorney's fees and

21   costs.  By **MARCH 5 AT NOON**, the parties shall please file a joint statement explaining whether

22   this stipulation fully resolves all disputes raised in the complaint.  Also, to be clear, the Court

23   would only retain jurisdiction until January 4, 2016.

24
25
26   Dated:   March 3, 2015.

27                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
28

United States District Court
For the Northern District of California